# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JOHN MONTGOMERY,

    Petitioner,

v.   Case No. 3:16cv225-RV-HTC

MARK S. INCH,

    Respondent.

_____/

## **ORDER**

This case is before the Court based on the Magistrate Judge's Report and Recommendation (Doc. 50), to which the Petitioner has objected (ECF Doc 51). Having considered the Report and Recommendation and conducted a *de novo* review of the objected to portions thereof, I have determined that the Report and Recommendation should be adopted. Accordingly, it is

**ORDERED** that:

1. The Magistrate Judge's Report and Recommendation (Doc. 50) is adopted and incorporated by reference in this Order.

2. The amended petition under 28 U.S.C. § 2254 (ECF Doc. 20) is **DENIED**.

3. A certificate of appealability is **DENIED**.

4. The clerk is directed to close the file.

**DONE AND ORDERED** this 12th day of February, 2020.

s/ *Roger Vinson*
**ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE**